# EXHIBIT 2


### United States Patent and Trademark Office


Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Oct 22 04:07:23 EDT 2020

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 4 out of 13**

---

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE CREEPS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Books in the field of horror and science fiction; Magazines featuring comics and horror; Magazines in the field of comics and horror; A series of fiction works, namely, novels and books featuring comics and horror; Comic books; Comic magazines; Comic strips appearing in magazines and books; Fiction books on a variety of topics; Printed books in the field of horror and science fiction; Publications, namely, books and magazines in the fields of comics and horror; Series of fiction and non-fiction books on a variety of topics. FIRST USE: 20140624. FIRST USE IN COMMERCE: 20140624 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 87787989 |
| **Filing Date** | February 7, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 2018 |
| **Registration Number** | 5560902 |
| **Registration Date** | September 11, 2018 |
| **Owner** | (REGISTRANT) Warrant Publishing Company Richard John Sala, United States SOLE PROPRIETORSHIP CALIFORNIA 14621 Titus Street, Suite 219 Van Nuys CALIFORNIA 91402 |
| **Attorney of Record** | William D. Bowen |
| **Description** | Color is not claimed as a feature of the mark. The mark consists of the words "THE CREEPS", written in a font that |

EXHIBIT 2  
42

| | |
|---|---|
| of Mark | appears shaky and/or drippy, i.e. has wavy lines evocative of chaotic shaking. The word "THE" appears slightly to the top-left of the word "CREEPS", with the word "THE" in a relatively smaller font, overlapping the capital letter "C" in "CREEPS". |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 22 04:07:23 EDT 2020

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start   List At: [  ]  OR  Jump  to record: [  ]   **Record 3 out of 13**

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE CREEPS

| | |
|---|---|
| **Word Mark** | THE CREEPS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Books in the field of horror and science fiction; Magazines featuring comics and horror; Magazines in the field of comics and horror; A series of fiction works, namely, novels and books featuring comics and horror; Comic books; Comic magazines; Comic strips appearing in magazines and books; Fiction books on a variety of topics; Printed books in the field of horror and science fiction; Publications, namely, books and magazines in the fields of comics and horror; Series of fiction and non-fiction books on a variety of topics. FIRST USE: 20140624. FIRST USE IN COMMERCE: 20140624 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87787994 |
| **Filing Date** | February 7, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 2018 |
| **Registration Number** | 5560903 |
| **Registration Date** | September 11, 2018 |
| **Owner** | (REGISTRANT) Warrant Publishing Company Richard John Sala, United States SOLE PROPRIETORSHIP CALIFORNIA 14621 Titus Street, Suite 219 Van Nuys CALIFORNIA 91402 |

EXHIBIT 3                    44

| | |
|---|---|
| Attorney of Record | William D. Bowen |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY