# EXHIBIT 3

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Oct 22 04:07:23 EDT 2020

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At: ___ OR Jump to record: ___   **Record 3 out of 13**

( Use the "Back" button of the Internet Browser to return to TESS)

# THE CREEPS

| | |
|---|---|
| **Word Mark** | THE CREEPS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Books in the field of horror and science fiction; Magazines featuring comics and horror; Magazines in the field of comics and horror; A series of fiction works, namely, novels and books featuring comics and horror; Comic books; Comic magazines; Comic strips appearing in magazines and books; Fiction books on a variety of topics; Printed books in the field of horror and science fiction; Publications, namely, books and magazines in the fields of comics and horror; Series of fiction and non-fiction books on a variety of topics. FIRST USE: 20140624. FIRST USE IN COMMERCE: 20140624 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87787994 |
| **Filing Date** | February 7, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 2018 |
| **Registration Number** | 5560903 |
| **Registration Date** | September 11, 2018 |
| **Owner** | (REGISTRANT) Warrant Publishing Company Richard John Sala, United States SOLE PROPRIETORSHIP CALIFORNIA 14621 Titus Street, Suite 219 Van Nuys CALIFORNIA 91402 |

EXHIBIT 3                                             44

| | |
|---|---|
| **Attorney of Record** | William D. Bowen |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY