# EXHIBIT 6

Case 2:20-cv-09831 Document 1-6 Filed 10/27/20 Page 2 of 2 Page ID #:55

